RECEIVED

JAN 2 3 2017

TONY R. MOORE, CLERK
WESTERN DIST. OF LOUISIANA
BY ST. REV. JT.  LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

ERNEST BILLIZONE SR. 318027, AND
THE INMATES OF WINN CORRECTIONAL CENTER,
ET AL
_____
Full Name of Plaintiff, Prisoner Number

VS.
LASALLE CORRECTIONS; WINN CORRECTIONAL CENTER;
KEITH DEVILLE; GARY COLEMAN; BOBBY TOLLER; KEVIN
JORDAN; JAMES LEBLANC; CAPT. CURRY; LT. CORLEY; SGT.
JOHNSON; CAPT. HOWARD; PATRICK CRABTREE; INVESTIGATOR
WILEY, ET AL
_____
Full Name of Defendant(s)

_____ Sec. ____
Civil Action No.

_____
Judge

_____
Magistrate Judge

**COMPLAINT**

I.   Previous Lawsuits

A.   Have you begun any other lawsuit while incarcerated or detained in a facility?
     Yes ___✓___   No _____

B.   If your answer to the proceeding question is yes, provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the district, if state court, identify the county or parish):

WESTERN DISTRICT COURT

2.   Name the parties to the previous lawsuit(s):

Plaintiffs:  ERNEST BILLIZONE SR.

Defendant(s):  ALLEN CORRECTIONAL CENTER, ET AL

3.   Docket number(s):  2:16-CV-01707 SEC. P

4.   Date(s) on which each lawsuit was filed:  DECEMBER 9, 2016

5.   Disposition and date thereof [for example, was the case dismissed and when?  Was it appealed and by whom (plaintiff or defendant)?  Is the case still pending?]

PENDING

*Federal Civil Rights Complaint* ; (W.D.La.)          1

C. Have you filed any lawsuit or appeal in any federal court of appeal, which has been dismissed?

Yes ✓ No _____

If your answer to the proceeding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

MIDDLE DISTRICT COURT — ERNEST BILLIZONE SR. -VS- WEST FELICIANA PARISH

WORK RELEASE

II. A. Name of institution and address of current place of confinement:

WINN CORRECTIONAL CENTER, P.O. BOX 1435, WINNFIELD, LA. 71483

B. Is there a prison grievance procedure in the institution?
Yes ✓ No _____

1. Did you file an administrative grievance based upon the same facts, which form the basis of this lawsuit?
Yes ✓ No _____

SEE: ATTACHED COMPLAINT

If yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.

What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through all steps of the administrative grievance procedure by appealing to the Secretary of Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.** Parties to Current Lawsuit:

_SEE: ATTACHED ORIGINAL COMPLAINT_

   A.  Name of Plaintiff _____

       Address _____

   B.  Defendant, _____

       Address _____

       Defendant, _____

       Address _____

       Additional defendants _____

       _____

**IV.** Statement of Claims

State the facts of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all person involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS; YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

_SEE: ATTACHED ORIGINAL COMPLAINT_

_Federal Civil Rights Complaint_            3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEE: ATTACHED LIST AND 1983

DEAR CLERK OF COURT, ALL THE ABOVE NAMED SIGNATURES REPRESENT AN INDIVIDUAL WHOM IS AN ACTIVE PLAINTIFF AND PARTY TO THIS INSTANT CIVIL RIGHTS LAWSUIT WHICH HAPPENS TO BE A CLASS ACTION SUIT.

EACH INDIVIDUAL LISTED ABOVE "REQUESTS A COPY OF YOUR 42 U.S.C. 1983 COMPLAINT AND FORMA PAUPERIS".

EACH INDIVIDUAL'S MAILING ADDRESS IS THE SAME:

_____ # _____
INMATES   NAME        D.O.C. #

WINN CORRECTIONAL CENTER
P.O. BOX 1435
WINNFIELD, LA. 71483

CAN YOU PLEASE BEGIN MAILING THE REQUESTED FORMS SO THE FILING OF THIS SUIT WILL NOT BE DEFICIENT.

I ASK THAT THIS ACTION BE FILED AND STAYED PENDING CLASS CERTIFICATION AND DOCKET NUMBERS BE ISSUED TO ALL PLAINTIFF'S IN THIS ACTION.

RESPECTFULLY,

ALL NAMED AND SIGNED,
PLAINTIFFS

PAGE
1

"THIS IS NOT A PETITION", THIS IS A CONSENT AFFIDAVIT REQUESTING TO PARTAKE IN THIS FORTHCOMING FEDERAL CLASS CIVIL RIGHTS LAWSUIT AGAINST LASALLE CORRECTIONS FOR MURDER, ASSAULT, ABUSE OF FORCE, RECKLESS ENDANGERMENT, CRUEL AND UNUSUAL PUNISHMENT, ETC.

IF YOU PLACE YOUR PRINTED NAME AND SIGNATURE ON THIS AND THE ATTACHED PAGES, IT IS AN OFFICIAL CONSENT TO ALLOW THE FEDERAL COURT TO ENJOIN YOU ON THIS CLASS ACTION LAWSUIT AND TO MAIL EACH PARTY A 1983 FORM WHICH THEY WILL COMPLETE AND RETURN TO THE COURT. IN SIGNING THIS, IT STATES THAT YOU AFFIRM AND CERTIFY UNDER PENALTY OF PERJURY THAT ALL INFORMATION TO THE COURT WITHIN THE 1983 COMPLAINT IS TRUE AND CORRECT TO THE BEST OF YOUR KNOWLEDGE AND UNDERSTANDING, AND THAT IN NO WAY WERE YOU FORCED, THREATENED, COERCED, NOR PROMISED ANYTHING IN RETURN FOR SIGNING THIS CONSENT.

IN ADDITION, ANYONE THAT SIGNS THIS FORM WHOM HAVE SEEN WITH THEIR OWN TWO EYES, ANYONE OF THESE NAMED OFFICERS BEAT OR PHYSICALLY ASSAULT ANY INMATE, PLEASE PLACE A (*) IN FRONT OF YOUR NAME. THANK YOU, AND MAY THE PEACE AND BLESSINGS OF GOD BE UPON YOU. IF YOU YOURSELF HAVE BEEN ASSAULTED PUT TWO (**) IN FRONT OF YOUR NAME.

THESE ARE THE OFFICERS UNDER INVESTIGATION; MAJOR COLEMAN, CAPT. TOLLER, CAPT. CURRY, CAPT. HOWARD, LT. CORLEY, SGT. JOHNSON, ASKING FOR THEIR TERMINATION OR RESIGNATION EFFECTIVE IMMEDIATELY!

SAMPLE NAME:

| | PRINT NAME | SIGN NAME | D.O.C.# |
|---|---|---|---|
| * | JOHN DOE | John Doe | # 000 000 |
| * | ERNEST BILLIZONE SR. | Ert Billizone Sr. | 318027 |
| * | Donald McHenry | Donald McHenry | 520749 |
| | Timothy Joseph #130230 | | |
| | Cecil Martin #577659 | Cecil Martin | 577659 |
| * | Roy Campbell #445823 | K. Embul | #445823 |
| | Chadwick Watson | Chadwick Watson | #508530 |
| | HAIVAN DANIELS | Haivan Daniels | 419273 |
| | Damond Charles | Del Chs | 435904 |
| * | Brent Georgetown | Brent Georgetown | 534459 |
| ⊕ | MARKEE BERTHELOT | MB | 714393 |

PAGE 2

SIGN NAME

| Print Name | Signature |
|---|---|
| Michael Ellis | Michael J Ellis 129424 |
| Kevin Coleman 92945 | Kevin Coleman 92945 |
| Tramell Lafrance 628187 | Tramell Lafrance 628187 |
| Marvin Carter 61204 | Marvin Carter 61204 |
| John Picard 581703 | John Picard 581703 |
| BERNARD LAMPTON SR 552425 | Bernard Lampton Sr 552425 |
| Saug/as Richardson 626480 | Swaglas Richardson 626480 |
| Rafael Irula | 617842 |
| Chad Sullivan 30492 | Chad Sullivan |
| Danny Adams | Danny Adams |
| John Bass 455145 | John Bass 455145 |
| Ronreeco Helkey 564333 | Helkey 564333 |
| Michael Peart 633348 | Michael Peart 633348 |
| Nicholas Jackson 629783 | Nicholas Jackson 629783 |
| Jonathan Hall 452968 | Jonathan Hall 452968 |
| Quincy Wong 494952 | Quincy Wong 494952 |
| Chris Sherman | Chris Sherman 531447 |
| Michael Wilson 96483 | Michael Wilson 96483 |
| John Gaines 312350 | John Gaines 312350 |
| Charles Bergeron | Charles Bergeron 232337 |
| Raymond Davis | Raymond Davis 581102 |
| Medric Ayche | Medric Ayche 487643 |
| Alton Marks 397590 | Alt Mrk |
| Tysman Moose # | Tysman Moose #605417 |
| * Corey Gainey 122582 | 122582 |
| Jack Goodjoin #627939 | Jack Goodjoin #627939 |
| Roderick Williams | Roderick Williams 606221 |
| Homer Robinson #398652 | Homer Robinson #398652 |
| Wesley Robertson #426696 | #426696 |
| ** ORLANDO BROWN | SIGNED IN ABSCENCE |
| Eddie Robinson 561732 | Eddie Robinson 561732 |
| Monyea Greer #706124 | Monyea Greer 706124 |
| Lashawn Davis 609850 | Lashawn Davis 609850 |
| Terrance Nobles 567307 | Terrance Nobles 567307 |
| Robert Parkman 344207 | Robert Parkman 344207 |
| Marcus Fennidy 715601 | Marcus Fennidy 715601 |
| Demond Hamilton 596824 | Demond Hamilton 596824 |
| Corneilous Wheeler 440915 | |
| Brandon Devall 624745 | Brandon Devall 624745 |
| ** Joshua Tyler 531046 | Joshua Tyler 531046 |
| Brandon Francois 619736 | Brandon Francois 619736 |
| * Nykeshun Nealon | Nykeshun Nealon #627084 |
| Damion Abram 559024 | Damion Abram 559024 |
| Lloyd Pratt #123303 | |
| Chad Williams | Chad Williams 300971 |
| Ezra Mitchell #168660 | Ezra Mitchell #168660 |

PAGE 3

| PRINT NAME | | SIGN NAME | D.O.C. # |
|---|---|---|---|
| Jeroy Woods | 562793 | Jeroy Woods | 562793 |
| Jermaine Henderson | 420470 | Jere Hen | 420420 |
| Dustin F. Price | 453439 | Dustin Price | 453439 |
| Terry Reed | 268068 | Terry Reed | 268068 |
| JEROME DUBRE | 103533 | Jerome Dupry | 103533 |
| Travis Sumlin | | Travis Sumlin | 414790 |
| Clifton TRAHAN | 417755 | Clifton | 417755 |
| Larry Wheeler | 163673 | Larry Wheeler | 163673 |
| Christopher Jones | 523239 | Christopher Jones #523239 | |
| Barrell R. Lewis | 705415 | Barrell R. Lewis | 705415 |
| Fenwick Brooks | 348630 | Fenwick Brooks | 398630 |
| Fredrick Williams | 371650 | Fredrick Williams | 371650 |
| Greg Jacobs | 296754 | | |
| Jermac Williams | 609913 | Jermac Williams | 609913 |
| Antonio Denning | 384870 | | |
| Kendrick Wooldridge | 596503 | Kendrick Wooldridge | 596503 |

PAGE
4.

**V.    Relief**

State exactly what you want the court to provide you or do for you.  Make no legal arguments.  Cite no cases or statutes.

SEE: ATTACHED ORIGINAL COMPLAINT

**VI.    Plaintiff's Declaration**

A.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B.    I understand that I may not proceed without prepayment of cost if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this    19    day of    JANUARY    , 20  17 .

Signature of Plaintiff

Print Applicant's Name and DOC Number
WINN Correctional Center

P.O. BOX 1435
WINNFIELD, LA. 71483

*Federal Human Rights Complaint*                4